ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Canadian Commercial Corporation | ) ASBCA No. 64165 |
| | ) |
| Under Contract No. SPE4A8-22-P-0017 | ) |

APPEARANCE FOR THE APPELLANT: Andrew Prevost, Esq.
  Counsel

APPEARANCES FOR THE GOVERNMENT: Steven M. Sosko, Esq.
  DLA Chief Trial Attorney
  Sarah R. Clarson, Esq.
   Trial Attorney
   DLA Aviation
   Richmond, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 19, 2026

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64165, Appeal of Canadian Commercial Corporation, rendered in conformance with the Board's Charter.

Dated: March 19, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals